**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-12-0000870**
**01-FEB-2016**
**04:00 PM**

CAAP-12-0000870


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


ASSOCIATION OF CONDOMINIUM HOMEOWNERS OF
TROPICS AT WAIKELE, by its Board of Directors,
Plaintiff-Appellee, v.
PATSY NAOMI SAKUMA, Defendant-Appellant, and
FIRST HAWAIIAN BANK, a Hawaii corporation; WAIKELE
COMMUNITY ASSOCIATION, a Hawaii nonprofit corporation,
Defendants-Appellees, and
JOHN DOES 1-5; JANE DOES 1-5; DOE PARTNERSHIPS 1-10;
DOE ENTITIES 1-5; and DOE GOVERNMENTAL UNITS 1-5, Defendants

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 07-1-1487)

ORDER DENYING DEFENDANT-APPELLANT'S HRAP, RULE 40
MOTION FOR RECONSIDERATION OF THE ICA'S
JANUARY 21, 2016 SUMMARY DISPOSITION ORDER
(By: Fujise, Presiding Judge, Leonard and Reifurth, J.)[1]

Upon consideration of Defendant-Appellant's HRAP, Rule

40 Motion for Reconsideration of the ICA's January 21, 2016

Summary Disposition Order ("Motion") filed on February 1, 2016,

and Defendant-Appellant's 4th Supplemental Appendices filed on

February 1, 2016, and the records and files herein,

---

[1]     Counsel is cautioned that, consistent with Rule 32(a) of the
Hawai'i Rules of Appellate Procedure, the flysheet of each separately filed
document should include a three-inch top margin such that the electronic file
stamp is not obscured.

IT IS HEREBY ORDERED, that the Motion is denied.

DATED: Honolulu, Hawaiʻi, February 1, 2016.

On the motion:
Patsy Naomi Sakuma
Defendant-Appellant, Pro Se

Presiding Judge

Associate Judge

Associate Judge